# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Pharmaceuticals Returns Service | 12/29/2022 | 266814 | Check | $ 139,514.00 |
| Akorn Operating Company, LLC | Pharmaceuticals Returns Service | 2/7/2023 | 267132 | Check | $ 118,526.50 |
|  |  |  |  |  | $ 258,040.50 |